No. 55235.—Stanley Korshak, Inc. *v.* United States, protest 149620–K/2214 (Chicago).

Opinion by EKWALL, J.   It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entry for the date of exportation of the merchandise covered by the entry and that the circumstances relating to the liquidation of the said entry are similar in all material respects to those in Abstract 54732.   In view of this stipulation and following the cited decision it was held that the currency of the invoice should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

No. 55236.—Anglo Oriental Importing & Rug Co. et al. *v.* United States, protests 121095–K, etc. (New York).

Opinion by EKWALL, J.   It was stipulated that the merchandise consists of rugs and carpets exported from Iran between the dates of December 21, 1939, and September 26, 1941, and that the merchandise and issues are similar in all material respects to those involved in Abstract 54056.   In accordance with stipulation of counsel, the collector was directed to reliquidate the entries, converting the currency of the invoices, Iranian rials, to United States dollars at the rate of $0.053475 as to all items, except such as were exported for the benefit of drawback.

No. 55237.—Wm. Jameson & Co., Inc., et al. *v.* United States, protests 41217–K, etc. (Cleveland).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.